# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALFORD E. LANE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 2:10-cv-02334-LSC-JEO |
| WARDEN GARY HETZEL and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petitioner Alford E. Lane, challenging his guilty-plea convictions in the Circuit Court of Jefferson County. (Doc. 1.) After preliminary review, the magistrate judge assigned to this case issued a report and recommendation finding that the petition was due to be dismissed with prejudice as time-barred. (Doc. 10.) Lane has not filed any objections to the magistrate judge's determination.

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate

judge as the findings and conclusions of the Court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

Done this 29th day of November 2011.

*[signature]*
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458